IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| LASHUN CLAYTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No.: 3-04-cv-955 |
| | ) | Judge Haynes |
| DELL CORPORATION, | ) | Magistrate Judge Brown |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties stipulate to dismissal with prejudice of this matter.

s/Terry R Clayton
Terry R. Clayton, Esq.
1402 5th Avenue North
Nashville, Tennessee  37208

Attorney for Plaintiff

s/Scott E. Schwieger
Robert E. Boston
Scott E. Schwieger
Waller Lansden Dortch and Davis, PLLC
Nashville City Center
511 Union Street, Suite 2700
Post Office Box 198966
Nashville, TN 37219-8966

Attorneys for Defendant